Mid-City Securities Corporation, appellee, v. Milour Daniels et al., defendants, on appeal of Daniel D. Craft et al., appellants. Gen. No. 34,289.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the April term, 1930. ▮▮▮▮▮▮▮▮▮▮▮ Opinion filed December 16, 1930.

Vail, Roe & Plamondon, for appellants. Philip H. Treacy, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Acme Industrial Company, plaintiff in error, v. Charles B. Alyea, defendant in error. Gen. No. 34,300.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the April term, 1930. ▮▮▮▮▮▮ Opinion filed December 16, 1930.

Eastman, White, Hauxhurst & Lind, for plaintiff in error. Preston Clark, for defendant in error; Louis A. Sherman and Maurice L. Lewis, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Walter H. Starczewski, plaintiff in error, v. Roberts & Oake, defendant in error. Gen. No. 34,316.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the June term, 1930. ▮▮▮▮▮▮▮▮▮▮▮ Opinion filed December 16, 1930.

Trainor & Trainor, for plaintiff in error. Fyffe & Clark, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Aline L. Friedberg, complainant, appellee, v. Frank Flower et al., defendants, on appeal of Frank Flower, defendant, appellant. Gen. No. 34,341.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the June term, 1930. ▮▮▮▮▮▮ Opinion filed December 16, 1930.

Ossian Cameron and Edward H. S. Martin, for appellant. Weissenbach, Hartman, Craig & Akin, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.